FLORENCE H. RECTOR, Respondent, *v.* FIRST TRUST & DEPOSIT COMPANY, as Executor of JOHN E. RECTOR, Deceased, Appellant.

Submitted July 2, 1947; decided July 2, 1947.

*Barton C. Meays* for motion.
*Albert Orenstein* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.